UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JUDITH NELSON,

                           Plaintiff,                24 Civ. 5236 (LGS)

                -against-                    ORDER

MEMORIAL SLOAN KETTERING CANCER
CENTER,

                         Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, at a March 11, 2025, discovery conference, the parties informed the Court that they have reached a settlement in principle in this case. It is hereby

       **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: April 8, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE